B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   __Albany Westwind, Ltd.__

                                    Debtor(s)

Case No. _____

Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Amerisphere MultiFamily Finance, L<br>One Pacific Pl., #130<br>1125 S. 103rd Ave.<br>Omaha, NE 68124-1071 | Amerisphere MultiFamily Finance, L<br>One Pacific Pl., #130<br>1125 S. 103rd Ave.<br>Omaha, NE 68124-1071 | Apartment complex located at 2415 Dawson Road, Albany, Doughterty County, Georgia 31707 [Real Estate No. 040-2/00000/050] [TAX ASSESSED VALUE OF $4,15 | Unliquidated | 4,775,000.00<br><br>(3,000,000.00 secured) |
| Property Planning, Inc.<br>5001 Philips Hwy., #7-B<br>Jacksonville, FL 32207 | Property Planning, Inc.<br>5001 Philips Hwy., #7-B<br>Jacksonville, FL 32207 | Unpaid management fees | | 25,625.00 |
| Roto-Rooter<br>P.O. Box 737<br>Albany, GA 31702 | Roto-Rooter<br>P.O. Box 737<br>Albany, GA 31702 | Trade payable [water leak repairs] | | 4,456.36 |
| Sears<br>P.O. Box 689131<br>Des Moines, IA 50368 | Sears<br>P.O. Box 689131<br>Des Moines, IA 50368 | Trade payable [appliances] | | 3,367.04 |
| PPG Paint<br>317 N. Main St.<br>Pueblo, CO 81003 | PPG Paint<br>317 N. Main St.<br>Pueblo, CO 81003 | Trade payable | | 2,790.51 |
| Carpet World<br>911 Oglethorpe Blvd.<br>Albany, GA 31701 | Carpet World<br>911 Oglethorpe Blvd.<br>Albany, GA 31701 | Trade payable | | 2,568.48 |
| Home Depot<br>P.O. Box 183175<br>Columbus, OH 43218 | Home Depot<br>P.O. Box 183175<br>Columbus, OH 43218 | Trade payable | | 1,672.44 |
| Potter Motors<br>1502 E. Oglethorpe Blvd.<br>Albany, GA 31705 | Potter Motors<br>1502 E. Oglethorpe Blvd.<br>Albany, GA 31705 | Trade payable [golf cart repairs] | | 1,525.78 |
| Wilmar<br>P.O. Box 404284<br>Atlanta, GA 30384 | Wilmar<br>P.O. Box 404284<br>Atlanta, GA 30384 | Trade payable [repair parts] | | 1,317.66 |
| Great American Products<br>P.O. Box 4422<br>Houston, TX 77210 | Great American Products<br>P.O. Box 4422<br>Houston, TX 77210 | Trade payable [signs] | | 1,142.84 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Albany Westwind, Ltd.**                                                                    Case No.  _____
                                                                                                      
                                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Seminole Pest<br>P.O. Box 71546<br>Albany, GA 31707 | Seminole Pest<br>P.O. Box 71546<br>Albany, GA 31707 | Trade payable | | 1,100.00 |
| Carswell Electric<br>P.O. Box 71103<br>Albany, GA 31708 | Carswell Electric<br>P.O. Box 71103<br>Albany, GA 31708 | Trade payable | | 998.00 |
| Apt. Index<br>P.O. Box 71182<br>Albany, GA 31708 | Apt. Index<br>P.O. Box 71182<br>Albany, GA 31708 | Trade payable | | 827.03 |
| Aramark<br>22512 Network Pl.<br>Chicago, IL 60673 | Aramark<br>22512 Network Pl.<br>Chicago, IL 60673 | Trade payable<br>[uniforms] | | 814.63 |
| HD Supply<br>P.O. Box 509058<br>San Diego, CA 92150 | HD Supply<br>P.O. Box 509058<br>San Diego, CA 92150 | Trade payable<br>[repair parts] | | 812.02 |
| Royal Chemical<br>P.O. Box 1601<br>Owings Mills, MD 21117 | Royal Chemical<br>P.O. Box 1601<br>Owings Mills, MD 21117 | Trade payable | | 460.52 |
| Albany Millwork<br>1926 Ledo Rd.<br>Albany, GA 31707 | Albany Millwork<br>1926 Ledo Rd.<br>Albany, GA 31707 | Trade payable<br>[counter tops] | | 353.96 |
| Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368 | Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368 | Trade payable | | 327.76 |
| Resident News<br>5645 Coral Ridge Dr., #123<br>Pompano Beach, FL 33076 | Resident News<br>5645 Coral Ridge Dr., #123<br>Pompano Beach, FL 33076 | Trade payable | | 298.90 |
| Lucient Supplies<br>P.O. Box 352<br>Owings Mills, MD 21117 | Lucient Supplies<br>P.O. Box 352<br>Owings Mills, MD 21117 | Trade payable | | 287.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Property Planning, Inc., general partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **2/26/15**                              Signature  _____

**A.T. Parsons, Jr.**
**President of Property Planning, Inc., general partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.